FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 20 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

08-CV-01179-ORD

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| FRANCISCO SILVA-VAZQUEZ, | ) | CASE NO.: C08-1179-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| A. NEIL CLARK, | ) | |
| Respondent. | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 6, is DENIED, Respondent's Return Memoranda, Motion to Dismiss and Withdrawal of Motion for Extension of Time, Dkt. 11, is GRANTED, and this action is DISMISSED without prejudice; and

ORDER OF DISMISSAL
PAGE -1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 20th day of October, 2008.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2